# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER TUCKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE, et al.,<br><br>Defendants. | Case No. 2:20-cv-1620-TLN-KJN<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Modifying Briefing Schedule
Case No. 2:20-cv-1620-TLN-KJN

1

STIPULATION TO MODIFY BRIEFING
SCHEDULE - PROPOSED ORDER DOCX
(00150329XAD258)

Upon the parties' stipulation (ECF 12) and good cause appearing therefor, the Court hereby modifies the briefing schedule for a Rule 56 motion filed on or before April 7, 2022 and noticed for hearing on June 30, 2022:

| *Event* | *Current Date* | *New Date* |
| --- | --- | --- |
| Date for filing Rule 56 motion: | 4/7/22 | 4/7//22 (no change) |
| Date for filing opposition: | 4/21/22 (LR 230(c)) | 4/28/22 |
| Date for filing reply: | 5/2/22 (Monday) (LR 230(d)) | 6/16/22 (14 days before 6/30/22 hearing date) |

DATED: April 5, 2022

_____
Troy L. Nunley
United States District Judge

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Modifying Briefing Schedule
Case No. 2:20-cv-1620-TLN-KJN

2

STIPULATION TO MODIFY BRIEFING SCHEDULE - PROPOSED ORDER DOCX
(00150329XAD258)