**DONALD W. COOK**, SBN 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER TUCKER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE, et al.,<br><br>    Defendants. | Case No.<br>2:20-CV-01620-DLD-CSK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO THE CLERK OF THE COURT:

    Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the terms of the April 12, 2024 on-the-record settlement agreement, the parties hereto stipulate to a dismissal with prejudice of the complaint filed August 12, 2020 (ECF 1), with each side to bear their own costs and attorneys' fees.

[Signature of counsel on following page]

///

///

///

///

///

-1-

00159544.WPD

DATED: April 15, 2024

**DONALD W. COOK**
Attorney for Plaintiff

By *[signature: Donald W. Cook]*
Donald W. Cook

DATED: April 16, 2024

**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
Attorneys for Defendants

/s/ Bruce D. Praet (as authorized on April 16, 2024)

By _____
Bruce D. Praet